# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GRACE SESSIONS, ) <br> on behalf of herself and all others ) <br> similarly situated, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARCLAYS BANK DELAWARE, ) <br> a Delaware Bank, ) <br> ) <br>     Defendant. ) | CIVIL ACTION FILE <br><br> NO. _____ <br><br><br> Removed from the Superior <br> Court of Gwinnett Co., Ga. <br> (Civ. Act. No. 17-A-02895-5) |

## NOTICE OF REMOVAL OF CIVIL ACTION FROM THE SUPERIOR COURT OF GWINNETT COUNTY, GEORGIA

Defendant BARCLAYS BANK DELAWARE ("Barclays"), by counsel and preserving all affirmative defenses, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby gives notice of the removal of that certain state court civil action known as *Grace Sessions v. Barclays Bank Delaware,* Civil Action Number 17-A-02895-5 (the "State Court Action") from the Superior Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division. Removal is warranted under 28 U.S.C. § 1441 because this action is based on a federal question

Case 1:17-cv-01600-LMM   Document 1   Filed 05/04/17   Page 2 of 8

over which this Court has original jurisdiction under 28 U.S.C. § 1331. In support of this removal, Barclays states and respectfully shows the Court as follows:

1. As more fully set forth below, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 [federal question jurisdiction]. This action is therefore removable pursuant to 28 U.S.C. § 1441.

2. On or about March 24, 2017, Plaintiff Grace Sessions ("Ms. Sessions" or "Plaintiff") filed a Class Action Complaint ("Complaint") against Barclays in the Superior Court of Gwinnett County, Georgia. Consistent with 28 U.S.C. § 1446(a), a true and correct copy of the Complaint is attached hereto as **Exhibit A**.

3. On April 7, 2017, a copy of the Complaint was served on Barclays. Except for the notice filed with respect to this Notice of Removal, as of the date of this filing, no pleadings, motions, or orders other than the Complaint have been filed in the State Court Action.

4. Barclays is the only named defendant in the State Court Action.

5. Removal of this action is proper under 28 U.S.C. § 1446 because:

    (a) This Notice of Removal is being filed within 30 days of the named Defendant's receipt (through service or otherwise) of the Complaint;

2

  (b)  This Notice of Removal is being filed within one year of March 24, 2017, the date of commencement of the action for removal purposes;

  (c)  Defendant Barclays has not previously sought similar relief; and

  (d)  A copy of all process, pleadings, and orders served upon the named Defendant, to date, is attached hereto as Exhibit A.

6.  The Complaint asserts a cause of action under the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq.* (TCPA), and asserts an entitlement to damages, in part, on that basis. *See* Complaint, ¶1.

7.  This Court has subject matter jurisdiction over the Plaintiff's TCPA claim pursuant to 28 U.S.C. § 1331.

8.  This Court may also exercise its supplemental jurisdiction over any pendent parties and pendent state law claims pursuant to 28 U.S.C. § 1367(a) because all of those claims are so related to Plaintiff's federal statutory claim(s) that they form part of the same case or controversy.

9.  This civil action may therefore be removed to this Court pursuant to 28 U.S.C. §§ 1441(a) and (c).

10. Accordingly, this Court has original jurisdiction and, pursuant to 28 U.S.C. §§ 1441 and 1446, removal of the above-styled State Court Action to this Court is proper.

11. Venue for removal of this action to this Court is proper because it is the district court of the United States for the district and division in which the state civil action being removed is pending within the meaning of 28 U.S.C. §§ 1441 and 1446(a).

12. This Notice of Removal is being filed in accordance with 28 U.S.C. § 1446 and Federal Rule of Civil Procedure 81(c). Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed concurrently with the Clerk of the Superior Court of Gwinnett County, Georgia and notice is also being provided to the Plaintiff. A true and accurate copy of the notice being filed with the Clerk of the Superior Court of Gwinnett County, Georgia [minus exhibits] is attached hereto as **Exhibit B**.

13. Barclays reserves the right to amend or supplement this Notice of Removal.

14. A true and correct copy of this Notice of Removal will be served upon all parties to this action and the Superior Court of Gwinnett County, Georgia

promptly after the filing of this Notice, as evidenced on the Certificate of Service set forth below and with the requirements of law. The Clerk of Gwinnett County Superior Court shall effect the removal and the State Court Action shall proceed no further, unless the case is remanded, as provided by law.

15. Counsel for Barclays hereby certifies that this Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11.

WHEREFORE, Defendant BARCLAYS BANK DELAWARE requests that the above referenced civil action, originally filed in the Superior Court of Gwinnett County, Georgia, be removed under 28 U.S.C. § 1331, based on subject matter jurisdiction, to this Court pursuant to 28 U.S.C. § 1441 and further requests that this Court retain jurisdiction over this action.

Respectfully submitted this 4th day of May, 2017.

                GILROY BAILEY TRUMBLE LLC

                /s/ Monica K. Gilroy
                MONICA K. GILROY
                Georgia Bar No. 427520
                TANIA T. TRUMBLE
                Georgia Bar No. 720348
                **Attorneys for Defendant**
                **Barclays Bank Delaware**

3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel:  (678) 280-1922
Fax: (678) 280-1923
Email: monica.gilroy@gilroyfirm.com
           tania.trumble@gilroyfirm.com

## FONT CERTIFICATION

The undersigned counsel for Defendant Barclays Bank Delaware certifies that the within and foregoing Notice of Removal of Civil Action From the Superior Court of Gwinnett County, Georgia was prepared using Times New Roman 14-point font in accordance with LR 5.1C (N.D. Ga.).

This 4th day of May, 2017.

                                           /s/ Monica K. Gilroy
                                         MONICA K. GILROY
                                         Georgia Bar No. 427520
                                         **Attorney for Defendant**
                                         **Barclays Bank Delaware**

GILROY BAILEY TRUMBLE LLC
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel: (678) 280-1922
Fax: (678) 280-1923
Email: monica.gilroy@gilroyfirm.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| GRACE SESSIONS, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. _____ |
| BARCLAYS BANK DELAWARE, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, in accordance with LR 5.1A (N.D. Ga.), I have this date electronically filed the within and foregoing **NOTICE OF REMOVAL OF CIVIL ACTION FROM THE SUPERIOR COURT OF GWINNETT COUNTY, GEORGIA** in the above-styled civil action with the Clerk of Court using the CM/ECF system and, further, that I have served Plaintiff's counsel in this matter with a copy of this pleading by placing a true and correct copy of same in the United States Mail, with prepaid first-class postage affixed thereto, properly addressed as follows:

> James M. Feagle, Esq.
> Cliff R. Dorsen, Esq.
> SKAAR & FEAGLE, LLP
> 2374 Main Street, Suite B
> Tucker, Georgia 30084

Justin T. Holcombe, Esq.
Kris Skaar, Esq.
SKAAR & FEAGLE, LLP
133 Miramont Lake Drive
Woodstock, Georgia 30189

Alexander H. Burke, Esq.
Daniel J. Marovitch, Esq.
BURKE LAW OFFICES, LLC
155 N. Michigan Avenue, Suite 9020
Chicago, Illinois 60601

This 4th day of May, 2017.

/s/ Monica K. Gilroy
MONICA K. GILROY
Georgia Bar No. 427520
**Attorney for Defendant**
**Barclays Bank Delaware**

GILROY BAILEY TRUMBLE LLC
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel: (678) 280-1922
Fax: (678) 280-1923
Email: monica.gilroy@gilroyfirm.com